JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

OMAR LUNA,

              Plaintiff,

    v.

NICHELLE YOUNG,

              Defendant.

Case No. 2:24-cv-07860-FLA (MARx)

**ORDER DISMISSING ACTION [DKT. 20]**

1

On September 8, 2025, Plaintiff Omar Luna ("Plaintiff") filed a Notice of Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1). Dkt. 20. Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED. Plaintiff's Motion for Default Judgment, Dkt. 19, is DENIED as moot.

2. The court DISMISSES the action without prejudice.

IT IS SO ORDERED.

Dated: September 9, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2